UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, Department of Transportation,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES RIVER INSURANCE COMPANY,<br><br>　　　　　　　　　Defendant. | NO.  3:10-cv-05734-RBL<br><br>STIPULATED MOTION AND ORDER TO REMAND CASE TO STATE COURT |

## I.　　RELIEF REQUESTED

The parties through their respective counsel of record request an order approving their stipulation for a remand of the above-referenced action to Thurston County Superior Court (Cause No. 10-2-02005-2).

## II.　　FACTUAL BACKGROUND

WSDOT filed a Complaint for Declaratory Judgment on September 9, 2010, in Thurston County Superior Court.  In its Complaint, WSDOT challenged the validity of the arbitration provision of James River's insurance policies and sought a stay of AAA proceedings that have been initiated pursuant to James River's demand for arbitration of the coverage available under its policy.  On October 7, 2010, James River filed its Notice of

STIPULATED MOTION AND ORDER TO REMAND CASE TO STATE COURT
CAUSE No. 3:10-cv-05734-RBL
PAGE – 1
11048 00112 mj2736246b

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Removal with the Thurston County Superior Court and the Western District of Washington, Tacoma Division.

Counsel have conferred and agree that that the claims should be remanded at this time to Thurston County Superior Court. Counsel have agreed not to ask for an award of any costs or attorneys fees as a result of the remand.

### III.   AUTHORITY

This motion is filed pursuant to 28 U.S.C. §1447(c) and Local Rule W.D.Wash. 7(d)(1) and 10(g).

### IV.   CONCLUSION

Pursuant to the above stipulation, the parties request that the court order that the above-referenced action be remanded to Thurston County Superior Court (Cause No. 10-2-02005-2) for resolution.

DATED this 29th day of October, 2010.

| s/ A. Richard Dykstra | s/ Kara R. Masters |
|---|---|
| A. Richard Dykstra, WSBA No. 05114 | Kara R. Masters, WSBA No. 23459 |
| Stafford Frey Cooper | SKELLENGER BENDER, P.S. |
| 601 Union Street, Suite 3100 | 1301 – 5th Avenue, #3401 |
| Seattle WA 98101 | Seattle, WA 98101-2605 |
| Telephone: 206-667-8225 | Telephone: 206-623-6501 |
| Fax: 206-748-9404 | Fax: 206-447-1973 |
| Email: rdykstra@staffordfrey.com | Email: kmasters@skellengerbender.com |
| | Attorneys for Defendant James River Insurance Company |

and

Richard A. Fraser, III, WSBA No. 37577
Assistant Attorney General
Torts Division
Washington State Attorney General
800 Fifth Avenue, Ste. 2000
Seattle, WA 98104-3188
Telephone: 206 464 7352
Fax: 206 587 4229
Email: richardf@atg.wa.gov
Attorneys for Plaintiff State of Washington, Depart. of Transportation

STIPULATED MOTION AND ORDER TO REMAND CASE TO STATE COURT
CAUSE No. 3:10-cv-05734-RBL
PAGE – 2
11048 00112 mj2736246b

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

**O R D E R**

Considering the foregoing, IT IS ORDERED that the Stipulated Motion To Remand be GRANTED, and this matter is hereby REMANDED to Thurston County Superior Court.

DONE IN OPEN COURT this 5th day of November, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO REMAND CASE TO STATE COURT
CAUSE No. 3:10-cv-05734-RBL
PAGE – 3
11048 00112 mj2736246b

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501